ACCEPTED
04-15-00074-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/2/2015 9:03:24 AM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-15-00074-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/2/2015 9:03:24 AM
KEITH E. HOTTLE
Clerk

# IN THE COURT OF APPEALS FOR THE FOURTH COURT OF APPEALS DISTRICT OF TEXAS, SAN ANTONIO, TEXAS

## STACEY SCOTT,
**Appellant**

## VS.

## LARRY FURROW AND KELLER WILLIAMS LEGACY GROUP,
**Appellees**

### ON APPEAL FROM THE 25TH JUDICIAL
### DISTRICT COURT OF GUADALUPE COUNTY, TEXAS
### CAUSE NO. 13-1125-CV-A

## UNOPPOSED MOTION FOR EXTENSION OF
## TIME TO FILE BRIEF OF APPELLEES

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, SAN ANTONIO, TEXAS:

NOW COME LARRY FURROW and KELLER WILLIAMS LEGACY GROUP, Appellees in this cause, and file this their Unopposed Motion for Extension of Time to File Brief; and in support thereof would respectfully show this Honorable Court as follows:

1

## I.

Appellee's Brief is currently due on November 2, 2015. Appellant was previously granted several unopposed extensions in which to file her brief. This is the first request for an extension of the deadline for filing Appellees' Brief herein.

## II.

In addition to the undersigned counsel's normally heavy trial and appellate workload, counsel is involved in complex litigation pending in Cause No. 5-15-CV-0284-RP in the Western District of Texas styled *Nvision Biomedical Technologies, LLC vs. JALEX Medical, LLC*

## III.

By reason of the foregoing, Appellees respectfully request of this Honorable Court a 21-day extension until Monday, November 23, 2015 in which to file the Brief of Appellees in this matter. This extension of time will not work a hardship upon any party, and will facilitate the presentation of briefs sufficient to apprise the Court of the pertinent facts and law governing the issues at bar and to assist this Honorable Court in a correct and complete resolution thereof.

## IV.

Pursuant to Rule 10.1(a)(5), Tex. R. App. P., the undersigned counsel for Appellees has conferred with Mr. Frederick Junkin, counsel for Appellant, who stated

that he is not opposed to this motion.

## V.

This extension is not sought for delay only, but so that justice may be done.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully pray that this Unopposed Motion for Extension to Time to File Brief be granted; and for such other and further relief, at law or in equity, to which Appellees might show themselves justly entitled.

Respectfully submitted,

THORNTON, BIECHLIN, SEGRATO,
 REYNOLDS & GUERRA, L.C.
100 N.E. Loop 410, Suite 500
San Antonio, TX 78216
Telephone: 210/342-5555; 210/525-0666 fax

By: s/Vaughan E. Waters
Vaughan E. Waters
State Bar No. 20916700
ATTORNEYS FOR APPELLEES

3

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been forwarded to the undersigned party on the 2nd day of November, 2015.

*Via e-service*

Mr. Frederick Junkin
Andrews Kurth LLP
600 Travis St., Suite 4200
Houston, TX 77002

*Attorneys for Appellant*

s/Vaughan E. Waters
Vaughan E. Waters

4